UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARCY J. MOORE, | Civil No. C05-5066FDB |
| Plaintiff, | |
| vs. | |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ORDER |
| Defendant | |

Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including September 28, 2005, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including October 19, 2005, to file Plaintiff's Reply Brief.

DATED this 7th day of September, 2005.

                                        */s/ J. Kelley Arnold*
                                        UNITED STATES MAGISTRATE JUDGE

Page 1        ORDER - [C05-5066FDB]

1

2  Presented by:

3

4  s/ Joanne Dantonio
   JOANNE DANTONIO
5  Special Assistant U.S. Attorney
   Attorney for Defendant
6  701 Fifth Ave, Ste 2900, M/S 901
   Seattle, WA   98104-7075
7  Phone:  206-615-2730
   Fax:    206-615-2531
8  joanne.dantonio@ssa.gov
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Page 2        ORDER - [C05-5066FDB]